IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| WILLIE D. RANDLE, | ) | No. CV 08-1390-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| G. SMITH; et al., | ) | |
| Defendants. | ) | |

A Defendant has filed a Motion to Dismiss (Doc. #14) pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

### NOTICE--WARNING TO PLAINTIFF

The Defendant's Motion to Dismiss seeks to have your case dismissed. A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case.

You must timely respond to all motions. The Court may, in its discretion, treat your failure to respond to Defendants' Motion to Dismiss as a consent to the granting of that Motion without further notice, and judgment may be entered dismissing this action without prejudice. See Brydges v. Lewis, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

1  **IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion to
2  Dismiss, together with copies of grievances, sworn declarations or other admissible evidence,
3  no later than September 1, 2009

4  **IT IS FURTHER ORDERED** that Defendants may file a reply within 15 days after
5  service of Plaintiff's response.

6  **IT IS FURTHER ORDERED** that the Motion to Dismiss will be deemed ready for
7  decision without oral argument on the day following the date set for filing a reply unless
8  otherwise ordered by the Court.

9  DATED this 28th day of July, 2009.

_____
Raner C. Collins
United States District Judge