1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8                          FRESNO DIVISION
9
10   Willie D. Randle,                    )   No. CV 08-1390-TUC-RCC
                                          )
11            Plaintiff,                   )   **ORDER**
                                          )
12   vs.                                  )
                                          )
13                                        )
     California   Director   of   Dept.   Of)
14   Corrections and Rehabilitation, et al., )
                                          )
15            Defendant.                   )
                                          )
16   _____ )
17
18
19        Pending before this Court is Plaintiff's Motion for Voluntary Dismissal (Docket No.
20   16).  Upon good cause appearing,
21        **IT IS HEREBY ORDERED:** Plaintiff's Motion for Voluntary Dismissal (Docket
22   No. 16) is **granted**.  This action shall be **dismissed without prejudice** and the Clerk of
     Court shall CLOSE this case.
23
24        DATED this 1st day of December, 2009.
25
26
27                                       _____
                                         Raner C. Collins
28                                       United States District Judge